# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| MARIA BERNARDA SANTOS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, U.S. CITIZENSHIP AND )<br>IMMIGRATION SERVICES, AND )<br>MARIA ARAN, DISTRICT DIRECTOR )<br>OF U.S. CITIZENSHIP AND )<br>IMMIGRATION SERVICES PUERTO )<br>RICO, U.S. IMMIGRATION CUSTOMS )<br>ENFORCEMENT ST. CROIX DISTRICT, )<br>ATTORNEY GENERAL, ALBERTO )<br>GONZALEZ )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 2007-0036 |

## **ORDER**

FINCH, J.

      THIS MATTER comes before the Court on a Motion to Deem Conceded Defendants' Motion to Dismiss Or, In The Alternative, for Summary Judgment filed by Defendants. After careful consideration and it appearing to the Court that Plaintiff has failed to file any pleadings in opposition to Defendants' motion, despite this Court's grant of an extension of time in which to respond to said motion, and it further appearing that Plaintiff has failed to request any further extensions of time to file an opposition to Defendants' Motion, and the Court not being apprised of reasons for Plaintiff's failure to respond to Defendants' motion, it is hereby

      **ORDERED** that Defendant's Motion to Deem Conceded Defendant's Motion to Dismiss Or, In The Alternative, for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion to Dismiss for lack of subject matter jurisdiction is **GRANTED.**

**ENTERED** this 30th day of May, 2008.

                                                      _____/s/_____
                                                      **HONORABLE RAYMOND L. FINCH**
                                                      **U.S. DISTRICT JUDGE**